UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT GARZA, | NO. CIV. S-09-1507 FCD DAD |
| Plaintiff, | |
| v. | <u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u> |
| INDYMAC FEDERAL BANK, et. al., | |
| Defendants. | |

----oo0oo----

1. The hearing on Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss (Docket #15) is continued to December 11, 2009, at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than November 25, 2009. The Defendant may file and serve a reply on or before December 4, 2009.

2. Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

3. Plaintiff's counsel shall file his response to the order to show cause on or before November 25, 2009.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the Motions to Dismiss.

IT IS SO ORDERED.

DATED: November 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE